# RETURN

| Case No.: <br> 21-3245 MB | Date and Time Warrant Executed: <br> November 10, 2021 approx. 11:30 AM, attorney Keim was provided seizure warrant. <br><br> November 12, 2021 approx. 12:15 PM, IRS-CI took possession of BMW parked at IRS offices in Glendale, AZ. | Copy of warrant left with: <br> Brandon Keim, Attorney for Omeida Batista <br> bkeim@frgalaw.com |
|---|---|---|

Inventory Made in the Presence of:
Greg Howard, IRS-CI SSA

Inventory of the property taken and name of any person(s) seized:

2014 BMW i8, VIN: WBY2Z2C51EVX64286

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/15/2021

*Todd Spencer* (signature)

Executing officer's signature

Todd Spencer, Special Agent IRS-CI

Printed name and title